AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

**E-filing**

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:     10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY    ☐ DEFENSE

}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     WADE M. RHYNE, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ JAMES WILLIAM SARRATT

**DISTRICT COURT NUMBER**

## CR08-0283    CW

---

**DEFENDANT**

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
}  ☐ Federal  ☒ State

   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                           ☐ No

**DATE OF ARREST** ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA



FILED

APR 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### VENUE: OAKLAND

CR08-0283    CW

UNITED STATES OF AMERICA,

E-filing

V.

JAMES WILLIAM SARRATT
(a/k/a James William Sarratt Jr., a/k/a
James Sarratt),

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

A true bill.

_____
Foreman

Filed in open court this _30TH_ day of
_APRIL_ _2008_.

_____
Clerk

Bail, $ No bail arrest warrant
4-30-08

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

**FILED**

APR 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,      )
                               )    CR08-0283  CW
        Plaintiff,             )
                               )    VIOLATION:  18 U.S.C. § 922(g)(1) –
    v.                         )    Felon in Possession of a Firearm and
                               )    Ammunition
JAMES WILLIAM SARRATT          )
(a/k/a James William Sarratt Jr., a/k/a James )
Sarratt),                      )
                               )    OAKLAND VENUE
        Defendant.             )
                               )
                               )
_____ )

## I N D I C T M E N T

The Grand Jury charges:

On or about January 5, 2008, in the Northern District of California, the defendant,

JAMES WILLIAM SARRATT,

having previously been convicted of a felony crime punishable by a term of imprisonment

exceeding one year, did knowingly possess, in and affecting interstate commerce, the following

firearm and ammunition: (1) an Israeli-IMI, 9 millimeter Uzi Model B Semi-Automatic Pistol,

INDICTMENT

serial number 57688; (2) four rounds of Winchester 9 millimeter ammunition; and (3) twenty

rounds of Remington 9 millimeter ammunition; all in violation of Title 18, United States Code,

Section 922(g)(1).


DATED: April 30, 2008                              A TRUE BILL

                                                   _____
                                                   FOREPERSON


JOSEPH P. RUSSONIELLO
United States Attorney


_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
                      AUSA WADE M. RHYNE


INDICTMENT