SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
JAMES SARRATT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 08-0283-CW - KAW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO RESET DETENTION HEARING |
| JAMES SARRATT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, William Gullotta, and defendant James Sarratt through his attorney, Severa Keith, that the Detention Hearing, currently set on October 3, 2018, be reset to October 4, 2018.

This schedule accommodates the schedules of the parties and anticipated witnesses.

*U.S. v. Sarratt, Stipulation to Reset Detention Hearing; [Proposed] Order*

1

IT IS SO STIPULATED:

Dated: September 28, 2018     Respectfully Submitted,

                                            /s/
                                       Severa Keith
                                       Attorney for Defendant
                                       JAMES SARRATT
                                       214 Duboce Avenue
                                       San Francisco, CA 94103
                                       (415) 626-6000
                                       severa@keithlawoffice.com


Dated: September 28, 2018               /s/
                                       William Gullotta
                                       Assistant U.S. Attorney
                                       Office of The U.S. Attorney
                                       1301 Clay Street, Third Floor
                                       Oakland, CA 94612
                                       (510) 637-3680

*U.S. v. Sarratt, Stipulation to Reset Detention Hearing; [Proposed] Order*

# ORDER

IT IS HEREBY ORDERD that the Detention Hearing, currently set on October 3, 2018, shall be reset to October 4, 2018, at 9:30 a.m.

DATED: September 28, 2018

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge

*U.S. v. Sarratt, Stipulation to Reset Detention Hearing; [Proposed] Order*